UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAUX FAMILY TRUST,

    Plaintiff,

v.

MILLICENT D. SHERMAN,

    Defendant.

Case No. 25-cv-11997
Hon. Matthew F. Leitman

_____/

### ORDER TO EITHER (1) FILE AMENDED APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR (2) PAY FILING FEE

On July 2, 2025, Plaintiff Michaux Family Trust ("Michaux Trust") filed this action. (*See* Compl., ECF No. 1.) Michaux Trust also filed an application to proceed *in forma pauperis*. (*See* Application, ECF No. 2.) The application was completed on Michaux Trust's behalf by Frank-Anthony Michaux. (*See id.*) On the application, in response to the questions regarding Michaux Trust's assets, expenses, dependents, and debts, Frank-Anthony Michaux wrote either "4th Amendment" or "Title 12 U.S.C. § 411." (*Id.*, PageID.16.) These answers provide insufficient grounds for the Court to permit Michaux Trust to proceed *in forma pauperis* in this matter. Accordingly, **IT IS HEREBY ORDERED** that, by **not later than July 24, 2025**, Michaux Trust shall either (1) file an amended application to proceed *in forma*

1

*pauperis* with substantive answers, or (2) pay the filing fee associated with this matter.

If Michaux Trust does not file an amended application or pay the required filing fee by **July 24, 2025**, the Court will dismiss its Complaint without prejudice.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 10, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 10, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126