UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAUX FAMILY TRUST,

    Plaintiff,

v.

    Case No. 25-cv-11997
    Hon. Matthew F. Leitman

MILLICENT D. SHERMAN,

    Defendant.
_____/

## JUDGMENT

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED**.

    KINIKIA ESSIX
    CLERK OF COURT

By: s/Holly A. Ryan
    Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: September 11, 2025
Detroit, Michigan

1