UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAUX FAMILY TRUST,

    Plaintiff,

v.

Case No. 25-cv-11997
Hon. Matthew F. Leitman

MILLICENT D. SHERMAN,

    Defendant.
_____/

### ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION (ECF No. 17)

Plaintiff has filed a motion for reconsideration of the Court's order summarily dismissing the action and terminating as moot Plaintiff's motion for entry of a default judgment. The motion is **DENIED** because Plaintiff has not identified any error in the Court's ruling nor shown any entitlement to reconsideration of the ruling.

**IT IS SO ORDERED**.

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
Dated: October 2, 2025          UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 2, 2025, by electronic means and/or ordinary mail.

                                          s/Holly A. Ryan
                                          Case Manager
                                          (313) 234-5126